UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6512** |
| **N. BURL CAIN, WARDEN** | **SECTION "J"(4)** |

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the respondent, the Warden N. Burl Cain, and against the petitioner, James White, dismissing with prejudice White's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.

New Orleans, Louisiana, this 2nd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE