UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-6512** |
| **N. BURL CAIN, WARDEN** | **SECTION "J"(4)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____

    X       a certificate of appealability shall not be issued for the following reason(s):

**The Petitioner has failed to make a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's Order and Reasons denying relief.**

New Orleans, Louisiana, this 2nd day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE